# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**SAMUEL HARRIS,**

    **Plaintiff,**

**vs.**                                     **CASE NO. 4:04CV420-MMP/AK**

**SUPREME COURT OF FLORIDA, ,**

    **Defendants.**

                                   /

## REPORT AND RECOMMENDATION

Plaintiff brings this cause of action against numerous Defendants, but the gist of his complaint is that Charlie Crist, the state attorney who prosecuted his criminal action, brought fraudulent charges against him. (Doc. 1). These same claims were dismissed in Case No. 1:03CV169-MMP/AK, and were brought again in Case Nos. 1:04CV02-MMP/AK and 1:04CV414-MMP/AK, which the undersigned has recommended be dismissed also. It has also been recommended in Case No. 1:04CV414 that the dismissal in that case constitute a third strike requiring that Plaintiff show "imminent danger of serious injury" before any additional complaints be accepted for filing pursuant to 28 U.S.C. § 1915(g).

In the present case, Plaintiff claims that he has brought Crist's misdeeds to the attention of the Florida Supreme Court in a habeas petition, which he asks this Court to investigate and force the state court to rule upon. This is, of course, not relief available to Plaintiff since federal courts do not intervene in pending state court criminal proceedings. Younger v. Harris, 401 U.S. 37 (1971). The complaint is also a thinly veiled attempt to re-litigate the claims against Charlie Crist, which this Court has dismissed previously. Additionally, the complaint is brought by Samuel Harris and Charles E. Benson, as well as other "absent class members," but it is only signed by Charles Benson. Because the claims are clearly baseless, it is recommended that the complaint be dismissed without attempting to remedy this deficiency.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint, doc. 1, be **DISMISSED** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2), and that the order adopting this report and recommendation direct the clerk of court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**IN CHAMBERS** at Gainesville, Florida, this 4th Day of February, 2005.

S/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 4:04cv420-mmp/ak**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

**No. 4:04cv420-mmp/ak**