IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLES BENSON,
SAMUEL ELI HARRIS,

    Plaintiffs,

v.                                  CASE NO. 4:04-cv-00420-MP-AK

JEB BUSH, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 2, Report and Recommendations of the Magistrate Judge, recommending that Plaintiff's complaint, doc. 1, be dismissed as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). Objections to Report and Recommendation were due by March 4, 2005, but none were filed. The Court agrees with the Magistrate Judge that plaintiff is subject to the three strike rule, that he seeks an impermissible federal court injunction against state court proceedings and that therefore his claims are frivolous.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this _14th_ day of April, 2005

                                *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge